# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUBINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GENUARDI'S INC., et al. | : | NO. 10-6078 |

## ORDER RE: MOTION TO REMAND

AND NOW, this 31st day of January, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Remand Case to Philadelphia Court of Common Pleas (ECF No. 3) is GRANTED.

2. The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-6078 Rubino v. Genuardi's\Order Mot Remand.wpd